# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| RANDAL B. MCCOY, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:22-cv-1191-ACA-GMB |
| ATTORNEY GENERAL OF THE STATE OF ALABAMA, *et al.*, | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

On January 31, 2023, the magistrate judge entered a report recommending that the court dismiss this action without prejudice for Petitioner Randal B. McCoy's failure to prosecute because he had not paid the $5 filing fee. (Doc. 9). Although the magistrate judge advised Mr. McCoy of his right to file specific written objections within fourteen days, and the consequences of a failure to object, the court has not received any objections. (*Id.* at 2–3).

The court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court **WILL DISMISS** this action **WITHOUT PREJUDICE** for Mr. McCoy's failure to prosecute.

**DONE** and **ORDERED** this February 22, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE